AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    ILLINOIS

| | |
|---|---|
| Kenneth L. Shinn,<br>Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| V.<br>United States Steel Corporation,<br>Defendant. | Case Number:    08-cv-0813-MJR |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This cause of action is dismissed with prejudice.

| | |
|---|---|
| April 13, 2009 | JUSTINE FLANAGAN, Acting |
| Date | Clerk |
| | s/Annie McGraw |
| | (By) Deputy Clerk |